UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

LILLY GUMM

VERSUS

AMERICAN CREDIT &
COLLECTION, INC.

CIVIL ACTION

NO. 11-324-BAJ-CN

### JUDGMENT

Upon consideration of the foregoing Motion for Default Judgment filed by plaintiff,

Lilly Gumm (doc. 8); and upon good cause shown;

IT IS ORDERED, ADJUDGED, AND DECREED that judgment be, and is, hereby

rendered in favor of plaintiff, Lilly Gumm, and against defendant, American Credit &

Collection, LLC., in the sum of $1,000.00 in statutory damages plus an award of

$2,305.00 for plaintiff's reasonable attorneys' fees and costs, for a total award of

$3,305.00.

Baton Rouge, Louisiana, September 26, 2011.

_____
BRIAN A. JACKSON, CHIEF JUDGE
UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA